Joseph M. Lovretovich (SBN 73403)
Eric J. Palmer (SBN 231207)
Christina R. Manalo (SBN 297718)
JML LAW
21052 Oxnard Street
Woodland Hills, California 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
MARIA MURILLO

Shagha Balali (SBN 245061)
BalaliS@jacksonlewis.com
Eric J. Gitig (SBN 307547)
Eric.Gitig@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
WESTROCK SERVICES, INC.
(previously known as and erroneously
sued as ROCK-TENN SERVICES, INC.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MURILLO,<br><br>      Plaintiff,<br><br>    vs.<br><br>ROCK-TENN SERVICES, INC., a Delaware corporation; ROCK-TENN COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO.: 2:17-cv-04096 PSG (JEMx)<br><br>**PROTECTIVE ORDER**<br><br><br><br>Complaint Filed: April 18, 2017 |

/ / /

/ / /

/ / /

## ORDER

Having reviewed the parties Stipulation and [Proposed] Protective Order, filed concurrently herewith, and for good cause shown, the Court hereby makes the Protective Order an Order of the Court.

.

**SO ORDERED:**

DATED: 09/06/2017

HON. JOHN E. MCDERMOTT
United States Magistrate Judge

4837-0489-8126, v. 1